| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Melancon, Tucker L | 2. Court or Organization<br><br>USDC for W District of LA | 3. Date of Report<br><br>08/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4700<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES:* *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

COPY

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 ▮▮▮ Trust |
| 2. Board member | National Coalition for Cancer Survivorship |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 20 P 12: 01 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | New York Life Insurance Co, Annuity | $ 26,320.20 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Coalition for Cancer Survivorship | February 2, 2006 - Board of Directors Meeting, Washington D.C. (Transportation, Meals and Lodging) |
| 2. | National Coalition for Cancer Survivorship | April 22, 2006 - Board of Directors Meeting, Washington D.C. (Transportation, Meals and Lodging) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | James Davidson | Air transportation from Lafayette, LA to Arlington Cancer Center, Arlington, TX | $ 3000.00 |
| 2. | | after recurrance of breast cancer & follow up treatment (October 2006 and | |
| 3. | | November 2006) | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J P Morgan Chase Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | J | W | | | | | |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. American International Group | | None | | | Sell | 7/31 | K | D | |
| 4. American International Group | A | Dividend | K | T | | | | | |
| 5. Life ENH Systems Inc | | None | J | W | | | | | |
| 6. Working Interest - Golden #258, DeSoto Parish, LA | | None | J | W | | | | | |
| 7. Working Interest - Grayson #1 | | None | J | W | | | | | |
| 8. Working Interest - Aubrey #2, Columbia County, AR | | None | J | W | | | | | |
| 9. Working Interest - Aubrey #3 | | None | J | W | | | | | |
| 10. Working Interest - Aubrey #4 | | None | J | W | | | | | |
| 11. Working Interest - Aubrey $5 | | None | J | W | | | | | |
| 12. Working Interest - Aubrey #6 | | None | J | W | | | | | |
| 13. Working Interest - Kendrick #1 | A | Distribution | J | W | | | | | |
| 14. Working Interest - JR Rushing #1 | | None | J | W | | | | | |
| 15. Working Interest - Brashing #1 | | None | J | W | | | | | |
| 16. Working Interest - Ark-LA-Tex | D | Distribution | J | W | | | | | |
| 17. Working Interest - Pollock #1 | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royalty Int - Strat Land, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 19. Royalty Int - Silver Pines, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 20. Royalty Int - Jeems Bayou, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 21. Royalty Int - Grisby Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 22. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 23. Royalty Int - Silver Oak, DeSoto Parish, LA | C | Royalty | J | W | | | | | |
| 24. Centennial Money Mkt (IRA) (X) | | None | J | T | | | | | |
| 25. International Business Machines Inc Common Stock (IRA) | | None | K | T | | | | | |
| 26. Cisco Systems Inc (IRA) | | None | J | T | | | | | |
| 27. Lucent Technologies (IRA) | | None | J | T | | | | | |
| 28. AVAYA Inc (IRA) | | None | J | T | Redemption | 6/30 | | | |
| 29. Time Warner Inc (IRA) | | None | J | T | Redemption | 6/30 | | | |
| 30. Janus Worldwide Mutual Fund (IRA) | | None | | | Sell | 11/6 | J | A | |
| 31. Janus Twenty Mutual Fund (IRA) | | None | | | Sell | 11/6 | J | A | |
| 32. Janus Global Life Sciences Fund (IRA) | | None | | | Sell | 11/6 | J | A | |
| 33. JanusResearch Fund (IRA) | | None | | | Sell | 11/6 | J | A | |
| 34. Janus Olympus Fund (IRA) | | None | | | Sell | 11/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Enterprise Fund (IRA) | | None | | | Sell | 11/6 | J | A | |
| 36. Janus Contrarian Fund (IRA) | | None | | | Sell | 11/6 | J | A | |
| 37. Janus Global Technology (IRA) | | None | | | Sell | 11/6 | J | A | |
| 38. Janus Money Mkt Fund (IRA) | | None | L | T | Buy | 11/6 | | | |
| 39. ML Cash Mgt Account | A | Interest | J | T | | | | | |
| 40. AT&T Corp Common Stock | A | Dividend | J | T | Sell | 4/12 | J | A | |
| 41. Johnson & Johnson Common Stock | A | Dividend | K | T | Sell | 4/12 | J | C | |
| 42. Pub Svc Enterprise Group | A | Dividend | J | T | Sell | 4/12 | K | D | |
| 43. Comcast Corp (X) | | None | | | Sell | 4/12 | J | A | |
| 44. WGL Holdings Inc | A | Dividend | J | T | | | | | |
| 45. Elan Corp (X) | | None | J | T | | | | | |
| 46. JP Morgan Liquid Asset MMKT | A | Int./Div. | J | T | Buy | 4/12 | | | |
| 47. Merril Lynch Senior Floating Rt Fd | A | Dividend | J | W | Sell | 4/12 | J | | |
| 48. ML Money Market Account (SEP) | A | Interest | J | T | Redemption | 07/26 | | | |
| 49. Conocophillips Common Stock (SEP) | A | Dividend | J | T | Sell | 06/16 | J | A | |
| 50. Exxon Mobil Common Stock (SEP) | A | Dividend | J | T | Sell | 6/16 | J | A | |
| 51. ML Basic Value Fund Class B (SEP) | A | Dividend | J | T | Redemption | 07/26 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Chase SEP/IRA Momey Market (SEP) | A | Int./Div. | K | T | Buy | 07/26 | | | |
| 53.  Whole Life - Trust #1 | | None | L | T | | | | | |
| 54.  Janus Research Fund | | None | J | T | | | | | |
| 55.  Janus Enterprise Fund | | None | J | T | | | | | |
| 56.  Janus Global Life Sciences | | None | J | T | | | | | |
| 57.  Janus Global Technology Fund | | None | J | T | | | | | |
| 58.  Janus Enterprise Fund (IRA) | | None | J | T | | | | | |
| 59.  Janus Contrarian Fund (IRA) | A | Dividend | J | T | | | | | |
| 60.  Janus Global Life Sciences Fund (IRA) | | None | J | T | | | | | |
| 61.  Janus Global Technology Fund (IRA) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional Information:

Part VI - Liabilities
   The Line of Credit at Capital One was paid out and terminated. A new line of credit was established at J P Morgan Chase Bank.

Part VII - Investments and Trusts

Line 3 and 4
   Part of the American International Group stock was sold, which is reflected in Line 3
   Remaining shares still owned are reflected in Line 4

Line 32
   Janus Mercury Fund (IRA) in prior year was renamed Janus Researh Fund (IRA) in 2006

Line 58 , 59, 60, 61
   Janus Enterprise Fund (IRA), Janus Contrarian Fund (IRA), Janus Global Life Science (IRA) & Janus Global Technology Fund (IRA) were reported last year on lines 30, 33, 34 and 35.
   These funds were partially sold off. The remaining amouts of these funds is presented on lines 58, 59, 60, & 61 of this year's report.

Line 54
   Janus Mercury Fund in prior year was renamed Janus Research Fund in 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date  August 13, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544